UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN E, .

      Plaintiff,

v.

Case No. 2:24-cv-13060
Honorable Anthony P. Patti

COMMISSIONER OF SOCIAL SECURITY,

      Defendant.

_____/

## **JUDGMENT**

In accordance with the opinion and order denying Plaintiff's motion for summary judgment and granting Defendant's motion for summary judgment entered on January 30, 2026,

It is **ORDERED AND ADJUDGED** that judgment is granted in favor of Defendant and against Plaintiff.

It is further **ORDERED AND ADJUDGED** that the determination of the Commissioner of Social Security is **AFFIRMED**.

**IT IS SO ORDERED.**

Dated: January 30, 2026

                                        _____
                                        Anthony P. Patti
                                        UNITED STATES MAGISTRATE JUDGE